*Supreme Court, Appellate Division*
*Third Judicial Department*

Decided and Entered:  April 28, 2016                    519792
_____

THE PEOPLE OF THE STATE OF
    NEW YORK,
                        Respondent,

        v                                    MEMORANDUM AND ORDER

KEVIN G. FULLER,
                        Appellant.
_____

Calendar Date:  March 25, 2016

Before:  McCarthy, J.P., Garry, Lynch, Devine and Clark, JJ.

_____

        Jay L. Wilber, Public Defender, Binghamton (Nathan E.
Schwartzman of counsel), for appellant.

        Gerald F. Mollen, District Attorney, Binghamton (Joann Rose
Parry of counsel), for respondent.

_____

McCarthy, J.P.

        Appeal from an order of the County Court of Broome County
(Smith, J.), dated July 31, 2014, which classified defendant as a
risk level III sex offender pursuant to the Sex Offender
Registration Act.

        In 1989, defendant was convicted of, among other things,
three counts of rape in the first degree, two counts of sodomy in
the first degree and two counts of sexual abuse in the first
degree and was sentenced to an aggregate prison term of 25 to 50
years (People v Fuller, 185 AD2d 446 [1992], lv denied 80 NY2d
974 [1992]).  In anticipation of his release on parole, a risk
assessment instrument was prepared, in accordance with the Sex
Offender Registration Act (see Correction Law art 6-C), that

presumptively classified defendant as a risk level III sex offender.  Following a hearing, County Court rejected defendant's challenges to certain point assessments and adjudicated him a risk level III sex offender.  This appeal ensued.

The order that defendant seeks to have reviewed by this Court was "not . . . entered and filed in the office of the clerk of the court and, therefore, the appeal from that order must be dismissed because it is not properly before us at this time" (People v Laurange, 97 AD3d 995, 996 [2012] [internal quotation marks and citation omitted]; see People v Goodwin, 131 AD3d 1284, 1285 [2015]).

Garry, Lynch, Devine and Clark, JJ., concur.


ORDERED that the appeal is dismissed, without costs.




ENTER:

Robert D. Mayberger
Clerk of the Court